## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
___Alexandria___ **Division**

In re: Linda Marie Carter

Case No.  18-10427-BFK

Chapter  7

Debtor(s)

## ORDER VACATING DISCHARGE OF DEBTOR(S)

A Discharge of Debtor(s) was entered on the docket on  02/06/2018                           .
The Court has determined that the discharge was entered inadvertently, due to administrative error; and it is, therefore,

**ORDERED,** that the Discharge of Debtor(s) is **VACATED,** without prejudice as to further proceedings.

Date: May 3 2018                   /s/ Brian F. Kenney                        
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: May 3, 2018      

[ver. 12/03]