IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CHAPTER 7 |
| LINDA MARIE CARTER<br>A/K/A LINDA M. CARTER, A/K/A<br>LINDA MARIA DANSOH, A/K/A<br>LINDA MARIA BARRY | ) | |
| Debtor. | ) | CASE No. 18-10427-BFK |
| _ | ) | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB2 | ) | |
| Movant, | ) | |
| v. | ) | |
| LINDA MARIE CARTER<br>A/K/A LINDA M. CARTER, A/K/A<br>LINDA MARIA DANSOH, A/K/A<br>LINDA MARIA BARRY, | ) | FILED PURSUANT TO 11 U.S.C SECTION 362 |
| Debtor | ) | |
| AND | ) | |
| JANET M. MEIBURGER, TRUSTEE | ) | |

Richard A. Lash
Virginia Bar No. 25723
BUONASSISSI, HENNING & LASH
A Professional Corporation
1861 Wiehle Avenue, Suite 300
Reston, Virginia 20190
Phone (703) 217-5602
Fax (703) 796-9383
e-mail: rlash@bhlpc.com
*Counsel for Movant*

)
)
)
Respondents. )

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the Motion for Relief from Automatic Stay of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB2 ("Movant"), with no response from the Debtor and agreement herein, the Court finds that

1. All notices are proper in this matter; and

It is therefore

ORDERED that Movant is granted relief from the automatic stay pursuant to 11 U.S.C. 362(a) and Movant and its successors and assigns may proceed against Linda Marie Carter (Grantor for Indexing purposes) a/k/a Linda M. Carter a/k/a Linda Maria Carter a/k/a Linda Maria Dansoh a/k/a Linda Maria Barry and may proceed against the property known as:

LOT 22, SECTION 24A, LANSDOWNE ON THE POTOMAC, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED AS INSTRUMENT NUMBER 20030911-0119947 WITH PLAT RECORDED AS INSTRUMENT NUMBER 20030911-0119948 AMONG THE LAND RECORDS OF LOUDOUN COUNTY, VIRGINIA.

(the "Property") to foreclose upon the Property and take any necessary actions to obtain possession thereof. It is further

ORDERED that Movant may enter a copy of this Order, but shall not otherwise proceed to commence foreclosure proceedings against the Property while this case is

pending and Janet M. Meiburger ("Trustee") is in the process of selling the Property. The

Trustee shall notify counsel to Movant in writing when Trustee abandons selling the Property.

Date: Sep 19 2018 /s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: September 19, 2018

I ASK FOR THIS:

By: /s/ Richard A. Lash

Richard A. Lash
Virginia Bar # 25723
BUONASSISSI, HENNING & LASH, PC
1861 Wiehle Avenue, Suite 300
Reston, Virginia 20190-5255
(703) 796-1341, ext. 104
(703) 796-9383
rlash@bhlpc.com
*Counsel to Movant*

SEEN AND NOT OBJECTED TO:

By: /s/ Janet M. Meiburger per e-mail authorization on 9/7/18

Janet M. Meiburger, Esquire, Trustee
The Meiberger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726

COPIES TO:

Linda Marie Carter
a/k/a Linda M. Carter
a/k/a Linda Maria Dansoh,
a/k/a Linda Maria Barry
43336 Vestals Place
Leesburg, VA 20176

Janet M. Meiburger, Trustee
The Meiberger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726

Richard A. Lash
Buonassissi, Henning & Lash, P.C.
1861 Wiehle Avenue, Suite 300
Reston, Virginia 20190-5255

**End of Order**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2018, a true copy of the foregoing proposed Order Granting Relief From The Automatic Stay was mailed first-class, postage prepaid, to:

Linda Marie Carter - Debtor *PRO SE*
a/k/a Linda M. Carter
a/k/a Linda Maria Dansoh
a/k/a Linda Maria Barry
43336 Vestals Place
Leesburg, VA 20176

Janet M Meiburger - Trustee
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726

John P. Fitzgerald, III - U.S. Trustee
Office of the U.S. Trustee-Region 4
115 South Union Street, Room 210
Alexandria, VA 22314

/s/Richard A. Lash
Richard A. Lash